THE STATE OF OHIO, APPELLANT, *v.* DIXON, APPELLEE.

[Cite as *State v. Dixon* (1995), 71 Ohio St.3d 608.]

(No. 94–220—Submitted February 7, 1995—Decided March 15, 1995.)

*William F. Schenck,* Greene County Prosecuting Attorney, and *Robert K. Hendrix,* Assistant Prosecuting Attorney, for appellant.

*Martin, McCarty, Richman & Wright Co., L.P.A.,* and *Gary E. Wright,* for appellee.

The judgment of the court of appeals is reversed as to the certified issue only, and the judgment of the trial court is reinstated on the authority of *State v. Murphy* (1990), 49 Ohio St.3d 206, 551 N.E.2d 932.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.